WILLIAM A. GASQUET and others *v.* CHARLES H. VEEDER and another.

Where judgment has been rendered for a sum exceeding, by however small an amount, that claimed in the petition, it must be reduced to the amount prayed for.

THIS was an action on a promissory note against Charles H. Veeder and Miers Fisher, by William A., and James A. Gasquet and Peter Conrey, before the District Court for the parish of Claiborne, *Campbell,* J.

MORPHY, J. This is an action upon a note of hand of $1232 56, subscribed *in solido* by defendants, to the order of plaintiffs, and bearing interest on its face at the rate of ten per cent per annum from maturity until paid. The plaintiffs admit in their petition that on the 17th of March, 1840, they received on account, $379 50, which is credited on the back of the note sued on ; and they pray for judgment for the balance due, with the accruing interest. The defendants having failed to answer, a judgment by default was entered which was afterwards made final. The defendants appealed. In this court they have assigned as an error apparent on the face of the record, that the judgment appealed from is for a larger sum than that claimed in the petition. On an inspection of the transcript before us it clearly appears that the judgment is *ultra petitum,* although for a trifling amount. It allows interest at the rate of ten per cent per annum on the balance due to plaintiffs, from the 13th of February, 1840, instead of giving it from the 17th of March following, at which latter date defendants had made a partial payment on the note.

It is therefore ordered that the judgment of the inferior court be reversed, and that the plaintiffs do recover of the defendants *in solido* the sum of nine hundred and one dollars and sixty-nine cents, with ten per cent interest from the 17th of March, 1840, until paid, and costs of suit below ; those of this appeal to be borne by the plaintiffs and appellees.

*McGuire* and *Ray,* for the plaintiffs.

*Thomas, Flint,* and *Roysden,* for defendants and appellants.